7/16

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

v.

TODD JARVIS, INDIVIDUALLY AND
d/b/a JARVIS FUNERAL AND CREMA-
TION SERVICE,

Defendant.

CASE NUMBER: 08CV3395

ASSIGNED JUDGE: **JUDGE DARRAH**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

TODD JARVIS, INDIVIDUALLY AND d/b/a JARVIS FUNERAL
AND CREMATION SERVICE
1237 Forest Road
LaGrange, IL 60526

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

**June 12, 2008**
-------------------------------------
Date



| | | | |
|---|---|---|---|
| **ClientCaseID:** | ROBERT |  | **CaseReturnDate:** 7/16/08 |
| **Law Firm ID:** | ASHER | | **Affidavit of  Special Process Server** |

# UNITED STATES DISTRICT COURT

Case Number **08CV3395**

I, **ERIC L. BEY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY  #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN        **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT        **TODD JARVIS, IND. AND D/B/A JARVIS FUNERAL AND CREMATION**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY        **6/19/08**

That the sex, race and approximate age of the person whom I left the    **SUMMONS AND COMPLAINT**
are as follow:        **Sex**   MALE      **Race**   WHITE        **Age**   43

**Height**   6'1"        **Build**   LARGE        **Hair**   BLONDE

LOCATION OF SERVICE        **1237   FOREST RD**
**LAGRANGE, IL, 60526**

Date Of Service        **6/19/08**        Time of Service      **10:15 AM**

ERIC L. BEY        6/20/2008
**Special Process Server**
P.E.R.C.#129-303704

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.