IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 ) <br> HEALTH AND WELFARE FUND, ) <br> TEAMSTERS LOCAL UNION NO. 727 ) <br> PENSION FUND and TEAMSTERS ) <br> LOCAL UNION NO. 727 LEGAL AND ) <br> EDUCATIONAL ASSISTANCE FUND, ) <br>  ) <br> Plaintiffs, ) <br> v.  ) <br>  ) <br> TODD JARVIS, INDIVIDUALLY AND ) <br> d/b/a JARVIS FUNERAL AND CREMA- ) <br> TION SERVICE, ) <br>  ) <br> Defendant. ) | No. 08C 3395 <br><br> Judge Darrah <br><br> Mag. Judge Nolan |

### NOTICE OF MOTION

TO:   TODD JARVIS
       1237 Forest Road
       LaGrange, Illinois 60526

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge John W. Darrah, at Room 1203, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 19th day of August 2008, at 9:00 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

**CERTIFICATE OF SERVICE**

  ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

      **TODD JARVIS**
      **1237 Forest Road**
      **LaGrange, Illinois   60526**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 10th day of July, 2008.

  Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      /s/ Robert B. Greenberg
      Asher, Gittler, Greenfield & D'Alba, Ltd.
      200 West Jackson Boulevard
      Suite 1900
      Chicago, Illinois 60606
      (312) 263-1500
      IL ARDC#:  01047558