Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3395 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Teamsters Local Union #727 Health & Welfare Fund vs. Todd Jarvis | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment as to Todd Jarvis, individually and d/b/a Jarvis Funeral and Cremation Service [8] is granted. Enter Order. Status hearing set for 9/3/08 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10



| | Courtroom Deputy Initials: | MF |
|---|---|---|