

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, <br><br> Plaintiffs, <br> v. <br><br> TODD JARVIS, INDIVIDUALLY AND d/b/a JARVIS FUNERAL AND CREMATION SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) No. 08C 3395 ) ) Judge Darrah ) ) Mag. Judge Nolan ) ) |

## ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, having failed to appear and plead or otherwise defend in this action is adjudged to be in default.

2. The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

3. That Defendant is ordered to produce its books and records for the period October 15, 2004, through the current date, within 20 days from the date of this Order, and

to pay to Plaintiffs the amount found due and owing in accordance with the applicable provisions of its collective bargaining agreement.

4. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the order entered herein.

5. For such other and further relief as the Court may deem just and proper, including reasonable attorney's fees and court costs which are sustained.

DATED: 8-19-08

ENTER:

_____
U.S. District Court Judge

ROBERT B. GREENBERG
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time    Destination                    Duration P.#    Result    Mode
772 AUG-19  15:29  312 8860802                     0'00'27" 004    OK        N  ECM
```



Melanie Foster/ILND/07/USCOURTS
02/05/2007 12:44 PM

To   USMS.Chicago.Lockup@usdoj.gov
cc   ILNDml_Substitute Courtroom Deputies
bcc
Subject   Criminal Event Action Form

**Judge**

John Darrah

| Criminal Case No. | Name of Defendant(s) | USMS No. | Date and Time of Event | Courtroom No. | Estimated Length of Event (minutes, hours, days, etc.,) |
|---|---|---|---|---|---|
| 06 CR 809 | Beatricz Ramirez | | 8/21/08 at 9:45 | 1203 | 20 min |

[ ] Initial Event    [ ] Rescheduled Event (See Comments)

| [ ] Arraignment | [ ] Change of Plea | [ ] Detention Hearing |
| [ ] Motion Hearing | [x] Sentencing | [ ] Status Hearing |
| [ ] Trial | [ ] Other (See Comments) | |

Comments:

Melanie A. Foster
Courtroom Deputy to the
Hon. John W. Darrah
U.S. District Court
219 S. Dearborn
Room 1204
(312) 435-5556